**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDMUND CHENG, an individual and as Trustee of CHENG FAMILY TRUST;<br><br>　　　　Defendants. | Case No.: 8:18-cv-01820-AG-JDE<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Andrew J. Guilford *presiding*] |

|     |                                                                                                                              |
| --- | ---------------------------------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                                              |
| 2   |     Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear his or its own costs and attorney's fees. |

IT IS SO ORDERED

Dated: June 13, 2019

_____
Judge, United States District Court,
Central District of California